

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:       Cecilia Clinkscale v. Leiroi Mickele Daniels

Appellate case number:    01-14-00968-CV

Trial court case number:  2012-58724

Trial court:                       113th District Court of Harris County

      Appellant's Motion to Rehear Appellant's Notice of Appeal on the Denial of Pauper's Oath En Banc is **DENIED**.

      It is so ORDERED.


Judge's signature:_____/s/_ Harvey Brown
                       Acting for the En Banc Court*

Date:  March 31, 2015

* En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.